JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GHOLAR, SR., | No. CV 24-9279-ODW(E) |
|     Petitioner, | |
|   v. | JUDGMENT |
| GENA JONES, WARDEN, | |
|     Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  November 12, 2024

*/s/ Otis D. Wright, II*

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE